UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KIM SCHELLING, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiff

v.

MICROVAST HOLDINGS, INC., YANG
WU, and CRAIG WEBSTER,

    Defendants

Case No. 4:23-cv-04565

## JOINT MOTION TO STAY

On December 5, 2023, Plaintiff filed a complaint against Defendants for alleged violations of Sections 10(b) and 20 of the Securities Exchange Act of 1934. Accordingly, this action is governed by the Private Securities Litigation Reform Act of 1995, which provides, among other things, that the Court appoint a Lead Plaintiff and Lead Plaintiff's Counsel to pursue the claims. There are currently five pending motions to appoint Lead Plaintiff and Lead Plaintiffs' counsel. The parties jointly request that all matters be stayed until the Court appoints a Lead Plaintiff and Lead Plaintiff's Counsel. The parties also jointly request that the Court enter an order providing that within two weeks after the appointment of Lead Plaintiff, Defendants and Lead Plaintiffs' Counsel will confer and submit a proposed schedule for the filing of an amended complaint and briefing deadlines for Defendants' motion to dismiss.

*/s/ Joe Kendall*

**KENDALL LAW GROUP, PLLC**

Joe Kendall

Texas Bar No. 11260700

SDTX Bar No. 30973

3811 Turtle Creek Blvd., Suite 825

Dallas, TX 75219

Telephone: (214) 744-3000

Facsimile: (214) 744-3015

Email: jkendall@kendalllawgroup.com


**GLANCY PRONGAY & MURRAY LLP**

Charles H. Linehan

Pavithra Rajesh

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

Telephone: (310) 201-9150

Facsimile: (310) 201-9160


**HOLZER & HOLZER**

Corey D. Holzer

211 Perimeter Center Parkway, Suite 1010

Atlanta, Georgia 30346

Telephone: (770) 392-0090


*Counsel for Plaintiff Kim Schelling*

*/s/ Paul R. Bessette*

Paul R. Bessette

Texas Bar No. 02263050

SDTX Bar No. 22453

Michael J. Biles

Texas Bar No. 24008578

SDTX Bar No. 23146

**KING & SPALDING LLP**

500 W. 2nd Street, Suite 1800

Austin, TX  78701

Tel: (512) 457-2000

Fax: (512) 457-2100

pbessette@kslaw.com

mbiles@kslaw.com


*Counsel for Defendants*
*Microvast Holdings, Inc., Yang Wu,*
*and Craig Webster*


## CERTIFICATE OF SERVICE

I certify that on February 7, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Paul R. Bessette*
Paul R. Bessette