United States District Court
Southern District of Texas

**ENTERED**

February 26, 2024

Nathan Ochsner, Clerk

UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KIM SCHELLING, Individually and on
Behalf of All Others Similarly Situated,

    Plaintiff

v.

MICROVAST HOLDINGS, INC., YANG
WU, and CRAIG WEBSTER,

    Defendants

Case No. 4:23-cv-04565

## ORDER GRANTING JOINT MOTION TO STAY

The Court grants the parties' joint motion to stay. Within two weeks after the Court appoint

Lead Plaintiff, counsel for Defendants and Lead Plaintiff's Counsel shall confer and submit a

proposed schedule for the filing of an amended complaint and briefing schedule for Defendants'

motion to dismiss.

SIGNED: February ____25____, 2024

_____
Andrew S. Hanen
United States District Judge