United States District Court
Southern District of Texas
**ENTERED**
March 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIM SCHELLING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICROVAST HOLDINGS, INC., YANG WU, and CRAIG WEBSTER,<br><br>Defendants. | **Case No: 4:23-cv-4565**<br><br>CLASS ACTION<br><br>JUDGE ANDREW S. HANEN |

### JOINT STIPULATION AND ORDER APPOINTING CO-LEAD PLAINTIFFS AND COUNSEL

WHEREAS, this putative class action was commenced on December 5, 2023 on behalf of investors that purchased Microvast Holdings, Inc. ("Microvast") securities between October 19, 2022 and November 20, 2023, inclusive (the "Class Period"), with notice of the action being issued on that date pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), advising Microvast investors of the February 5, 2024 deadline to file a motion seeking appointment as lead plaintiff;

WHEREAS, on February 5, 2024, five lead plaintiff motions were filed, including: (1) Steve Rodgers ("Rodgers") (Dkt. No. 8); (2) Igwe Igwe-Kalu ("Igwe-Kalu") (Dkt. No. 9); (3) Gregory L. Dunham ("Dunham") (Dkt. No. 10); (4) Leyi Yang ("Yang") (Dkt. No. 11); and (5) Douglas Bline ("Bline") (Dkt. No. 12).

WHEREAS, on February 8, 2024, Igwe-Kalu filed a Notice of Non-Opposition to Competing Lead Plaintiff Motions (Dkt. No. 17), and on February 19, 2024, Bline filed a Notice of Non-Opposition to Competing Motions for Appointment as Lead Plaintiff and Approval of

<u>**JOINT STIPULATION AND [PROPOSED] ORDER
APPOINTING CO-LEAD PLAINTIFFS AND COUNSEL**</u> - 1

Counsel (Dkt. No. 19), effectively withdrawing both Igwe-Kalu and Bline from consideration;

WHEREAS, Rodgers, Dunham, and Yang recognize that they each have significant interest in any recovery sought and satisfy the relevant requirements of adequacy and typicality under Rule 23 of the Federal Rules of Civil Procedure, and having reviewed each other's submissions, believe it is in the putative class' best interest that Rodgers and Dunham be appointed as Co-Lead Plaintiffs and their selected counsel be appointed Co-Lead Counsel and Co-Liaison Counsel;

WHEREAS, Rodgers and Dunham are committed to supervising the conduct of this litigation by their counsel and to ensuring that counsel coordinate appropriately, prosecute the action efficiently, and avoid any duplication of effort in the conduct of the litigation; and

WHEREAS, Defendant Microvast does not oppose the foregoing proposed appointments of Co-Lead Plaintiffs, Co-Lead Counsel, and Co-Liaison Counsel;

IT IS HEREBY STIPULATED, that subject to the Court's approval, Rodgers and Dunham agree to serve as Co-Lead Plaintiffs and Phillip Kim of The Rosen Law Firm, P.A. ("Kim") and Michael Dell'Angelo of Berger Montague PC ("Dell'Angelo") agree to serve as Co-Lead Counsel and Condon Tobin Sladek Thornton Nerenberg PLLC ("Condon") and Steckler Wayne & Love, PLLC ("Steckler") agree to serve as Co-Liaison Counsel.

### APPOINTMENT OF CO-LEAD PLAINTIFFS AND APPROVAL OF COUNSEL

1.  Having considered the provisions of Section 21D(a)(3)(B) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), the Court hereby determines that Rodgers and Dunham are the most adequate plaintiffs and satisfy the requirements of the PSLRA. The Court hereby appoints Rodgers and Dunham as Co-Lead Plaintiffs to represent the interests of the class.

2.  Pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), Rodgers and Dunham have selected Kim and Dell'Angelo to serve as Co-Lead Counsel. The Court

approves Kim and Dell'Angelo as Co-Lead Counsel and Condon and Steckler as Co-Liaison Counsel.

3. Co-Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Co-Lead Counsel shall designate:

    a. to coordinate the briefing and argument of any and all motions;

    b. to coordinate the conduct of any and all discovery proceedings;

    c. to coordinate the examination of any and all witnesses in depositions;

    d. to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

    e. to call meetings of the plaintiffs' counsel as deemed necessary and appropriate from time to time;

    f. to coordinate all settlement negotiations with counsel for defendants;

    g. to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required;

    h. to coordinate the preparation and filings of all pleadings; and

    i. to supervise all other matters concerning the prosecution or resolution of the claims asserted in the Action.

4. No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Co-Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Co-Lead Counsel.

5. Service upon any plaintiff of all pleadings, motions, or other papers in the Action, except those specifically addressed to a plaintiff other than the Co-Lead Plaintiffs, shall be

completed upon service of Co-Lead Counsel.

6. Co-Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokespersons for all plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel. Co-Lead Counsel shall be the contact between the Court and plaintiffs and their counsel.

Dated: February 26, 2024

Respectfully submitted,

**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**

*/s/ Stuart L. Cochran*
Stuart L. Cochran
Texas Bar No. 24027936
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3804
Email: scochran@condontobin.com

*Co-Liaison Counsel for Movants and [Proposed] Co-Liaison Counsel for the Class*

**THE ROSEN LAW FIRM, P.A.**

*/s/ Phillip Kim*
Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*Co-Lead Counsel for Movants and [Proposed] Co-Lead Counsel for the Class*

**THE SCHALL LAW FIRM**

Brian Schall, Esq.
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Additional Counsel for Movant Rodgers*

**JOINT STIPULATION AND [PROPOSED] ORDER APPOINTING CO-LEAD PLAINTIFFS AND COUNSEL - 4**

/s/ Bruce W. Steckler
Bruce W. Steckler (TX Bar No. 00785039)
Austin P. Smith (TX Bar No. 24102506)
Paul D. Stickney, Of Counsel (TX Bar No.0789924)
**STECKLER WAYNE & LOVE, PLLC**
12720 Hillcrest Suite 1045
Dallas, TX 75230
Tel: (972) 387-4040
Fax: (972) 387-4041
bruce@swclaw.com
austin@swclaw.com
judgestick@gmail.com

*Co-Liaison Counsel for Movants and [Proposed] Co-Liaison Counsel for the Class*

/s/ Michael Dell'Angelo
Michael Dell'Angelo
Andrew Abramowitz
James Maro
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bm.net
          aabramowitz@bm.net
          jmaro@bm.net

*Co-Lead Counsel for Movants and [Proposed] Co-Lead Counsel for the Class*

**KENDALL LAW GROUP, PLLC**

/s/Joe Kendall
Joe Kendall
Texas Bar No. 11260700
SDTX Bar No. 30973
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
Email: jkendall@kendalllawgroup.com

*Liaison Counsel for Movant Yang*

**GLANCY PRONGAY & MURRAY LLP**
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Movant Yang*

**HOLZER & HOLZER, LLC**
Corey D. Holzer
211 Perimeter Center Parkway, Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Additional Counsel for Movant Yang*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel for Movant Yang*

/s/ Paul R. Bessette
Paul R. Bessette
Texas Bar No. 02263050
SDTX Bar No. 22453
Michael J. Biles
Texas Bar No. 24008578
SDTX Bar No. 23146
**KING & SPALDING LLP**
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457-2000
Fax: (512) 457-2100
pbessette@kslaw.com
mbiles@kslaw.com

*Counsel for Defendant Microvast Holdings, Inc.*

SO ORDERED:

DATED: 2/28/24

HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Stuart L. Cochran*
Stuart L. Cochran