United States District Court
Southern District of Texas
**ENTERED**
March 14, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| KIM SCHELLING, *et al.*, <br>     *Plaintiffs*, <br><br> v. <br><br> MICROVAST HOLDINGS, INC., *et al.*, <br>     *Defendants*. | § <br> § <br> § <br> §    CIVIL ACTION NO. 4:23-CV-4565 <br> § <br> § <br> § |

**ORDER**

This Court, having adopted the stipulation of the parties and appointed the lead plaintiffs and counsel, hereby denies the following motions as moot:

| Doc. No. | Motion |
|---|---|
| 8 | Motion of Steve Rodgers for Appointment as Lead Plaintiff |
| 9 | Motion of Igwe Kalu for Appointment as Lead Plaintiff |
| 10 | Motion of Gregory Dunham for Appointment as Lead Plaintiff |
| 11 | Motion of Leyi Yang for Appointment as Lead Plaintiff |
| 12 | Motion of Douglas Bline for Appointment as Lead Plaintiff |

These Motions are denied as moot.

SIGNED this 13th day of March 2024.

Andrew S. Hanen
United States District Judge