**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| KIM SCHELLING, *Individually and on Behalf of All Others Similarly Situated*,<br><br>    Plaintiff,<br><br>v.<br><br>MICROVAST HOLDINGS, INC., YANG WU, CRAIG WEBSTER, SASHA KELTERBORN, SHANE SMITH, and ZACH WARD,<br><br>    Defendants. | Case No. 4:23-CV-04565 |

**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION
TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

Defendant Microvast Holdings, Inc. ("Microvast"), Yang Wu, Craig Webster, Sasha Kelterborn, Shane Smith and Zach Ward (collectively, "Defendants") submit this appendix of exhibits in support of their Motion to Dismiss the Amended Class Action Complaint.

| Exhibit | Description |
|---|---|
| 1 | A true and correct copy of relevant excerpts of Microvast's Annual Report for the fiscal year ended December 31, 2021 filed with the U.S. Securities and Exchange Commission on Form 10-K on March 29, 2022. |
| 2 | A true and correct copy of a U.S. Department of Energy press release dated May 4, 2022. |
| 3 | A true and correct copy of relevant excerpts of an Application for Federal Assistance for U.S. Department of Energy Award No. 2678-1570 submitted by Microvast on June 30, 2022. |
| 4 | A true and correct copy of Microvast's Current Report on Form 8-K filed with the U.S. Securities and Exchange Commission on October 19, 2022. |

| Exhibit | Description |
|---|---|
| 5 | A true and correct copy of a Microvast post on Twitter.com on October 19, 2022. |
| 6 | A true and correct copy of a U.S. Department of Energy website announcement issued in October 2022 titled "Bipartisan Infrastructure Law: Battery Materials Processing and Battery Manufacturing Recycling Selections." |
| 7 | A true and correct copy of Microvast's Current Report on Form 8-K filed with the U.S. Securities and Exchange Commission on November 2, 2022. |
| 8 | A true and correct copy of relevant excerpts of Microvast's Quarterly Report for the fiscal period ended September 30, 2022 and filed with the U.S. Securities and Exchange Commission on Form 10-Q on November 10, 2022. |
| 9 | A true and correct copy of a transcript of the Q3 2022 Earnings Call held by Microvast on November 10, 2022. |
| 10 | A true and correct copy of the PowerPoint presentation used by Microvast during the Q3 2022 Earnings Call on November 10, 2022. |
| 11 | A true and correct copy of a letter from U.S. Senator John Barrasso to Secretary of the U.S. Department of Energy Jennifer Granholm, dated December 7, 2022. |
| 12 | A true and correct copy of a PowerPoint presentation used by Microvast during the Baird Vehicle Technology & Mobility Conference held on February 15, 2023. |
| 13 | A true and correct copy of a transcript of the Baird Vehicle Technology & Mobility Conference held on February 15, 2023. |
| 14 | A true and correct copy of relevant excerpts of Microvast's Annual Report for the fiscal year ended December 31, 2022 filed with the U.S. Securities and Exchange Commission on Form 10-K on March 16, 2023. |
| 15 | A true and correct copy of a transcript of the Q4 2022 Earnings Call held by Microvast on March 16, 2023. |
| 16 | A true and correct copy of a transcript of the Q1 2023 Earnings Call held by Microvast on May 9, 2023. |
| 17 | A true and correct copy of relevant excerpts of a PowerPoint presentation used during the Microvast Investor Day on May 25, 2023. |
| 18 | A true and correct copy of a transcript of the Microvast Investor Day on May 25, 2023. |

| Exhibit | Description |
| --- | --- |
| 19 | A true and correct copy of a Microvast press release on May 25, 2023 entitled *Fact Sheet About DOE Decision*. |
| 20 | A true and correct copy of a Microvast press release on June 30, 2023 entitled *Microvast Will Not Be Moving Forward with the Kentucky Plant Construction; Will Focus on Core Expansions*. |
| 21 | A true and correct copy of a transcript of the Q2 2023 Earnings Call held by Microvast on August 7, 2023. |
| 22 | A true and correct copy of a PowerPoint presentation used during the Q2 2023 Earnings Call held by Microvast on August 7, 2023. |
| 23 | A true and correct copy of a PowerPoint presentation used by Microvast at the Oppenheimer Technology, Internet & Communications Conference held on August 8, 2023. |
| 24 | A true and correct copy of a transcript of the Oppenheimer Technology, Internet & Communications Conference held on August 8, 2023. |
| 25 | A true and correct copy of a transcript of the Q3 2023 Earnings Call held by Microvast on November 9, 2023. |
| 26 | A true and correct copy of a PowerPoint presentation used during the Q3 2023 Earnings Call held by Microvast on November 9, 2023. |
| 27 | A true and correct copy of a transcript of the Cantor Fitzgerald Fireside Chat held on December 13, 2023. |
| 28 | A true and correct copy of a transcript of the Q4 2023 Earnings Call held by Microvast on April 1, 2024. |
| 29 | *Hohenstein v. Behringer Harvard Reit I, Inc.*, No. 3:12-CV-3772-G, 2014 U.S. Dist. LEXIS 40759 (N.D. Tex. Mar. 27, 2014) |
| 30 | *Hopson v. MetroPCS Commc'ns, Inc.*, No. 3:09-CV-2392-G, 2011 WL 1119727 (N.D. Tex. Mar. 25, 2011) |

| Exhibit | Description |
|---------|-------------|
| 31 | *In re KBR, Inc. Sec. Litig.,* 2018 WL 4208681 (S.D. Tex. Aug. 31, 2018) |
| 32 | *In re Reliant Sec. Litig.*, No. H-02-1810, 2004 U.S. Dist. LEXIS 27951 (S.D. Tex. Jan. 16, 2004) |
| 33 | *Mei Pang v. Levitt*, No. 1:22-cv-01191-DAE, 2023 U.S. Dist. LEXIS 227786 (W.D. Tex. Dec. 20, 2023) |
| 34 | *Police & Fire Ret. Sys. of City of Detroit v. Plains All Am. Pipeline, L.P.*, 777 F. App'x 726 (5th Cir. 2019) |

Dated: June 27, 2024

Respectfully submitted by:

KING & SPALDING LLP

*/s/ Michael J. Biles*

Michael J. Biles
SDTX Bar No. 23146
Texas State Bar No. 24008578
mbiles@kslaw.com
500 West 2nd Street, Suite 1800
Austin, Texas 78701
Telephone: (512) 457 2000
Facsimile: (512) 457 2100

*Attorney for Defendants Microvast Holdings, Inc., Yang Wu, Craig Webster, Sascha Kelterborn, Shane Smith, and Zach Ward*

## CERTIFICATE OF SERVICE

I certify that on June 27, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: June 27, 2024

Respectfully submitted by:

KING & SPALDING LLP

*/s/ Michael J. Biles*

Michael J. Biles
SDTX Bar No. 23146
Texas State Bar No. 24008578
mbiles@kslaw.com
500 West 2nd Street, Suite 1800
Austin, Texas  78701
Telephone: (512) 457 2000
Facsimile: (512) 457 2100

*Attorneys for Defendants Microvast Holdings, Inc., Yang Wu, Craig Webster, Sascha Kelterborn, Shane Smith, and Zach Ward*