**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| KIM SCHELLING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROVAST HOLDINGS, INC., YANG WU, CRAIG WEBSTER, SASCHA KELTERBORN, SHANE SMITH, and ZACH WARD,<br><br>Defendants. | Case No. 4:23-cv-04565-ASH |

**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs submit this Appendix of Exhibits in support of their opposition to Defendants'

Motion to Dismiss the Amended Class Action Complaint.

| Exhibit | Description |
|---|---|
| A | List of Key Excerpts from Defendants' False and Misleading Statements Regarding the DOE Grant and Clarksville Facility |
| B | Transcript of Senate Hearing Titled "Full Committee Hearing to Examine the Department of Energy's Decision-Making Process for Awarding Competitive Loans and Grants Funded through the Inflation Reduction Act and the Bipartisan Infrastructure Law" dated October 19, 2023 (Excerpt) |
| C | Microvast Form 10-K for the Year Ended December 31, 2023, filed with the SEC on April 1, 2024 (Excerpt) |
| D | Unreported Cases |
| D-1 | *Brody v. Zix Corp.*, 2006 WL 2739352 (N.D. Tex. Sept. 26, 2006) |

1

| Exhibit | Description |
|---|---|
| D-2 | *Camelot Event Driven Fund v. Alta Mesa Res., Inc.*, 2021 WL 1416025 (S.D. Tex. Apr. 14, 2021) |
| D-3 | *Carlton v. Cannon*, 2016 WL 3959164 (S.D. Tex. July 22, 2016) |
| D-4 | *Hall v. Rent-A-Ctr., Inc.*, 2017 WL 6398742 (E.D. Tex. Oct. 19, 2017) |
| D-5 | *Holzwasser v. Staktek Holdings, Inc.*, 2006 WL 897746 (W.D. Tex. Mar. 30, 2006) |
| D-6 | *In re Apache Corp.*, 2022 WL 4277350 (S.D. Tex. Sept. 15, 2022) |
| D-7 | *In re Aphria, Inc. Sec. Litig.*, 2020 WL 5819548 (S.D.N.Y. Sept. 30, 2020) |
| D-8 | *In re Cobalt Int'l Energy, Inc.*, 2016 WL 215476 (S.D. Tex. Jan. 19, 2016) |
| D-9 | *Marcus v. J.C. Penney Co., Inc.*, 2015 WL 5766870 (E.D. Tex. Sept. 29, 2015) |
| D-10 | *Oscar Priv. Equity Invs. v. Holland*, 2004 WL 5244597 (N.D. Tex. June 10, 2004) |
| D-11 | *Roberti v. OSI Sys., Inc.*, 2015 WL 1985562 (C.D. Cal. Feb. 27, 2015) |
| D-12 | *Rougier v. Applied Optoelectronics, Inc.*, 2019 WL 6111516 (S.D. Tex. Mar. 27, 2019) |
| D-13 | *Singh v. 21Vianet Grp., Inc*, 2017 WL 4322483 (E.D. Tex. Sept. 13, 2017) |
| D-14 | *W. Palm Beach Police Pension Fund v. DFC Glob. Corp.*, 2015 WL 3755218 (E.D. Pa. June 16, 2015) |
| D-15 | *Wieland v. Stone Energy Corp.*, 2007 WL 2903178 (W.D. La. Aug. 17, 2007), *Report and recommendation adopted*, 2007 WL 4403548 (W.D. La. Oct. 1, 2007). |