**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| KIM SCHELLING, *Individually and on Behalf of All Others Similarly Situated*,<br><br>     Plaintiff,<br><br>v.<br><br>MICROVAST HOLDINGS, INC., YANG WU, CRAIG WEBSTER, SASCHA KELTERBORN, SHANE SMITH, and ZACH WARD,<br><br>     Defendants. | Case No. 4:23-CV-04565 |

**SUPPLEMENTAL APPENDIX OF EXHIBITS
IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO
DISMISS THE AMENDED CLASS ACTION COMPLAINT**

Defendant Microvast Holdings, Inc. ("Microvast"), Yang Wu, Craig Webster, Sascha Kelterborn, Shane Smith and Zach Ward (collectively, "Defendants") submit this supplemental appendix of exhibits in further support of their Motion to Dismiss the Amended Class Action Complaint.

| Exhibit | Description |
|---|---|
| 35 | *Carmon v. Carrington Mortg. Servs., LLC*, No. 4:22-CV-03534, 2023 WL 9184038 (S.D. Tex. Dec. 5, 2023) |
| 36 | Order Granting Defendants' Motion to Dismiss, *In re Digital Turbine, Inc. Sec. Litig.*, No. 1:22-CV-550-DAE (W.D. Tex. July 19, 2023), ECF No. 53 |
| 37 | *Studen v. Funko, Inc.*, No. C23-0824JLR, 2024 WL 2209686 (W.D. Wash. May 16, 2024) |

- 1 -

| Exhibit | Description |
|---------|-------------|
| 38 | *Talarico v. Johnson*, No. 4:21-CV-3689, 2023 WL 2618255 (S.D. Tex. Feb. 7, 2023) |
| 39 | *Yoshikawa v. Exxon Mobil Corp.*, No. 3:21-CV-00194-N, 2022 WL 4677621 (N.D. Tex. Sept. 29, 2022) |
| 40 | *Yoshikawa v. Exxon Mobil Corp.*, No. 3:21-CV-00194-N, 2023 U.S. Dist. LEXIS 148935 (N.D. Tex. Aug. 24, 2023) |

Dated:  September 10, 2024

Respectfully submitted by:

KING & SPALDING LLP

*/s/ Michael J. Biles*

Michael J. Biles
SDTX Bar No. 23146
Texas State Bar No. 24008578
mbiles@kslaw.com
500 West 2nd Street, Suite 1800
Austin, Texas  78701
Telephone: (512) 457 2000
Facsimile: (512) 457 2100

*Attorney for Defendants Microvast Holdings, Inc., Yang Wu, Craig Webster, Sascha Kelterborn, Shane Smith, and Zach Ward*

## CERTIFICATE OF SERVICE

I certify that on September 10, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Michael J. Biles*
Michael J. Biles