**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| KIM SCHELLING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICROVAST HOLDINGS, INC., YANG WU, CRAIG WEBSTER, SASCHA KELTERBORN, SHANE SMITH, and ZACH WARD,<br><br>Defendants. | Case No. 4:23-cv-04565 |

**DEFENDANTS' UNOPPOSED MOTION TO ALLOW TWENTY PAGES FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendants Microvast Holdings, Inc., Yang Wu, Craig Webster, Sascha Kelterborn, Shane Smith, and Zach Ward ("Defendants") respectfully submit this unopposed motion to allow twenty (20) pages for Defendants' Reply in Support of Motion to Dismiss (Dkt. 42).

On June 12, 2024, Defendants filed, on behalf of both Defendants and Lead Plaintiffs Steve Rodgers and Gregory L. Dunham, a Joint Motion to Exceed Page Limits ("Joint Motion") (Dkt. 34). The Joint Motion requested 15 pages for Defendants' reply brief. *Id.* at 1. The filing included a proposed order, which the Court entered on June 14, 2024 (Dkt. 36). The request for 15 pages for Defendants' reply is five pages less than the 20-page limit for briefs set forth in § 7.L.1. of the Court's Civil Procedures, and was the result of an oversight and miscommunication between defense counsel and support staff.

1

On September 10, 2024, Defendants filed a 20-page reply brief in support of their motion to dismiss.  Defendants respectfully request that the Court allow 20 pages for Defendants' reply notwithstanding the Order entered June 14, 2024 granting the Joint Motion.

Defendants have conferred with counsel for Lead Plaintiffs regarding this request and they are not opposed to the relief sought herein.

Dated: September 17, 2024

Respectfully submitted,

*/s/ Frances Fink*

**KING & SPALDING LLP**
Paul R. Bessette
Texas Bar No. 02263050
Michael J. Biles
Texas Bar No. 24008578
Frances R. Fink
Texas Bar No. 24135291
500 West 2nd Street, Suite 1800
Austin, Texas 78701
Tel: (512) 457-2000
Fax: (512) 457-2100
Email: pbessette@kslaw.com
Email: mbiles@kslaw.com
Email: ffink@kslaw.com

*Attorneys for Defendants Microvast Holdings, Inc., Yang Wu, Craig Webster, Sascha Kelterborn, Shane Smith, and Zach Ward*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, September 17, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Frances Fink*
Frances R. Fink