United States District Court
Southern District of Texas
**ENTERED**
September 20, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| KIM SCHELLING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICROVAST HOLDINGS, INC., YANG WU, CRAIG WEBSTER, SASCHA KELTERBORN, SHANE SMITH, and ZACH WARD,<br><br>Defendants. | Case No. 4:23-cv-04565 |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ALLOW TWENTY PAGES FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**

Pending before the Court is Defendants Microvast Holdings, Inc., Yang Wu, Craig Webster, Sascha Kelterborn, Shane Smith, and Zach Ward's Unopposed Motion to Allow Twenty Pages for Defendants' Reply in Support of Motion to Dismiss (the "Motion"). Having considered the Motion, the Court finds that the Motion should be GRANTED in its entirety.

IT IS THEREFORE ORDERED that the Motion is GRANTED and Defendants are allowed 20 pages for their Reply in Support of Motion to Dismiss (Dkt. 42).

Signed on this 18th day of September, 2024

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE