UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KIM SCHELLING, individually and on behalf of all others similarly situated, §§§§§§§

*versus*

MICROVAST HOLDINGS, INC. et al.

Civil Action H-4:23-cv-4565

## Scheduling Order

1. Trial: Estimated time to try: __10 days__    ☐ Bench  ☒ Jury

2. New parties must be joined by:    __10/09/2026__

   *Furnish a copy of this scheduling order to new parties.*

3. Substantial completion of documents produced in response to Initial Requests for Production on or before:    __2/6/2026__

4. Deadline to make plaintiffs' class certification expert available for deposition    __7/17/2026__

5. Deadline to make defendants' class certification expert available for deposition    __9/18/2026__

6. Fact discovery must be completed by:    __10/09/2026__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

7. Expert reports concerning merits on which party bears the burden of proof    __11/6/2026__

8. Response expert reports concerning merits:    __12/04/2026__

9. Rebuttal expert reports concerning merits    __1/8/2027__

10. Expert discovery must be completed on or before:    __2/12/2027__

11. Class Certification:

 Motion and opening brief due on or before; disclosure of any Plaintiffs' experts (and their reports) for class certification[1]:  6/12/2026

 Response due on or before; for disclosure of any Defendants' experts (and their reports) for class certification:  8/14/2026

 Reply due on or before; additional expert reports in support of class certification and disclosure of any additional experts:  10/16/2026

12. Dispositive Motions will be filed by:  4/16/2027

 Response due on or before:  6/18/2027

 Reply due on or before:  7/30/2027

13. Non-Dispositive Motions will be filed by:  4/16//2027


********************* The Court will provide these dates. *********************

14. Joint pretrial order is due: _____

 *The plaintiff is responsible for filing the pretrial order on time.*

15. Final Pretrial Conference is set for 1:30 p.m. on: _____

16. Jury Selection is set for 9:00 a.m. on:* _____


The case will remain on standby until tried.

    Signed this the _____ day of _____, 20\_\_\_.


    _____
    Andrew S. Hanen
    United States District Judge

---

[1] In the event that Plaintiffs move for class certification prior to June 12, 2026, the deadlines for class certification briefing, including class certification expert reports and deposition deadlines, will adjust accordingly.