United States District Court
Southern District of Texas
**ENTERED**
October 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-04565 |
|---|---|---|---|

KIM SCHELLING, Individually and on behalf of all others similarly situated,

*versus*

MICROVAST HOLDINGS, INC., YANG WU, CRAIG WEBSTER,

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jiaqi Chen<br>The Rosen Law Firm, P.A.<br>275 Madison Avenue, 40th Fl<br>New York, New York 10016<br>(212) 686-1060, jiaqichen@rosenlegal.com<br>New York, 6224638 |
|---|---|

| Name of party applicant seeks to appear for: | Lead Plaintiffs Steve Rodgers and Gregory L. Dunham, and Named Plaintiff Randy Fonk |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/14/2025 | Signed: | /s/Jiaqi Chen |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: 10/17/2025   Clerk's signature: R. Hawkins

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 10/20/25

United States District Judge