United States District Court
Southern District of Texas
**ENTERED**
December 02, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIM SCHELLING, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>MICROVAST HOLDINGS, INC., *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 4:23-cv-4565 |

## ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Pending before the Court is Defendant Zack Ward's ("Defendant") Unopposed Motion to Substitute Counsel. After reviewing the Motion, the record, and the applicable law, the Court is of the opinion that it should be Granted.

IT IS THEREFORE ORDERED that Kenneth P. Held of Fletcher Held, PLLC is hereby substituted as attorney of record for Defendant Zack Ward in place of Paul R. Bessette, Michael J. Biles, and Frances R. Fink of King & Spalding LLP in this matter.

SIGNED: December 1, 2025

Andrew S. Hanen
United States District Judge

4929-9881-3306, v. 1