IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIM SCHELLING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICROVAST HOLDINGS, INC., YANG WU, and CRAIG WEBSTER,<br><br>Defendants. | **Case No: 4:23-cv-4565**<br><br>CLASS ACTION<br><br>JUDGE ANDREW S. HANEN |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER DATED OCTOBER 10, 2025**

Lead Plaintiffs Steve Rodgers and Gregory Dunham and Named Plaintiff Randy Fonk (together, "Plaintiffs"), and Defendants Microvast Holdings, Inc., Yang Wu, Craig Webster, Sascha Kelterborn, Shane Smith, and Zach Ward ("Defendants") (collectively the "Parties"), respectfully submit this joint motion to amend the proposed Scheduling Order the Parties submitted to the Court on October 10, 2025 ("Scheduling Order"). [Doc. # 51-1].

The Scheduling Order was filed with this Court on October 10, 2025, and this Court has not yet signed it. Paragraph 3 of the Scheduling Order provides: "Substantial completion of documents produced in response to Initial Requests for Production [are due] on or before: 2/6/2026." The Parties respectfully jointly request that the Court approve changing the substantial completion date in Paragraph 3 of the Scheduling Order to on or before April 10, 2026.

The Parties also respectfully request that, in all other respects, the Court enter the Scheduling Order previously filed on October 10, 2025. For the Court's convenience, the Parties

1

are attaching to this motion a revised proposed Scheduling Order that includes the newly amended Paragraph 3.

Dated: February 25, 2026,  Respectfully submitted,

**CONDON TOBIN SLADEK SPARKS NERENBERG PLLC**

 /s/ *Stuart L. Cochran*
Stuart L. Cochran
Texas Bar No. 24027936
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3804
Email: scochran@condontobin.com

*Co-Liaison Counsel for Co-Lead Plaintiffs*

**THE ROSEN LAW FIRM, P.A.**

 /s/ *Jonathan Horne*
Phillip Kim (admitted pro hac vice)
Jonathan Horne (admitted pro hac vice)
Jiaqi Chen (admitted pro hac vice)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Email: pkim@rosenlegal.com
Email: jhorne@rosenlegal.com
Email: jiaqichen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

**BERGER MONTAGUE PC**

 /s/ *Michael Dell'Angelo*
Michael Dell'Angelo (adm. pro hac vice)
Jon Lambiras (pro hac vice forthcoming)
Alex B. Heller
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bm.net
Email: jlambiras@bergermontague.com
Email: aheller@bergermontague.com

*Co-Lead Counsel for Plaintiffs*

**KING & SPALDING LLP**

 /s/ *Frances R. Fink*
Paul R. Bessette
Michael J. Biles
Frances R. Fink
Nate Bilhartz
500 West 2nd Street, Suite 1800
Austin, Texas 78701
Tel: (512) 457-2000
Email: pbessette@kslaw.com
Email: mbiles@kslaw.com
Email: ffink@kslaw.com
Email: nbilhartz@kslaw.com

*Counsel for Defendants Microvast Holdings, Inc., Yang Wu, Craig Webster, Sascha Kelterborn, and Shane Smith*

**FLETCHER HELD, PLLC**

 /s/ *Kenneth P. Held*
Kenneth P. Held
Lauren Harris
808 Travis Street, Suite 1553
Houston, Texas 77002
Tel: (713) 255-0414
Email: kheld@fletcherheld.com
Email: lharris@fletcherheld.com

*Counsel for Defendant Zach Ward*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

 /s/ *Stuart L. Cochran*
Stuart L. Cochran

3