UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KIM SCHELLING, individually and on §
behalf of all others similarly situated, §
§
*versus* § Civil Action H-4:23-cv-4565
§
MICROVAST HOLDINGS, INC. et al. §
§

**Scheduling Order**

1. Trial:  Estimated time to try:  __10 days__      ☐ Bench   ☒ Jury

2. New parties must be joined by:                             __10/09/2026__

   *Furnish a copy of this scheduling order to new parties.*

3. Substantial completion of documents produced in response to
   Initial Requests for Production on or before:             __4/10/2026__

4. Deadline to make plaintiffs' class certification expert available    __7/17/2026__
   for deposition

5. Deadline to make defendants' class certification expert available for    __9/18/2026__
   deposition

6. Fact discovery must be completed by:                      __10/09/2026__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

7. Expert reports concerning merits on which party bears the burden    __11/6/2026__
   of proof

8. Response expert reports concerning merits:               __12/04/2026__

9. Rebuttal expert reports concerning merits                __1/8/2027__

10. Expert discovery must be completed on or before:        __2/12/2027__

11. Class Certification:

    Motion and opening brief due on or before; disclosure of any Plaintiffs' experts (and their reports) for class certification[1]:  6/12/2026

    Response due on or before; for disclosure of any Defendants' experts (and their reports) for class certification:  8/14/2026

    Reply due on or before; additional expert reports in support of class certification and disclosure of any additional experts:  10/16/2026

12. Dispositive Motions will be filed by:  4/16/2027

    Response due on or before:  6/18/2027

    Reply due on or before:  7/30/2027

13. Non-Dispositive Motions will be filed by:  4/16//2027


********************   The Court will provide these dates.   ********************

14. Joint pretrial order is due:  _____

    *The plaintiff is responsible for filing the pretrial order on time.*

15. Final Pretrial Conference is set for 1:30 p.m. on:  _____

16. Jury Selection is set for 9:00 a.m. on:*  _____

The case will remain on standby until tried.

Signed this the _____ day of _____, 20___.


_____
Andrew S. Hanen
United States District Judge

---

[1] In the event that Plaintiffs move for class certification prior to June 12, 2026, the deadlines for class certification briefing, including class certification expert reports and deposition deadlines, will adjust accordingly.