United States District Court
Southern District of Texas

**ENTERED**

March 02, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT** ☆ **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| KIM SCHELLING, individually and on behalf of all others similarly situated, | §<br>§<br>§<br>§ | |
| *versus* | §<br>§ | Civil Action H-4:23-cv-4565 |
| MICROVAST HOLDINGS, INC. et al. | §<br>§<br>§ | |

**Scheduling Order**

1. Trial: Estimated time to try:  __10 days__          ☐ Bench    ☒ Jury

2. New parties must be joined by:                              __10/09/2026__

    *Furnish a copy of this scheduling order to new parties.*

3. Substantial completion of documents produced in response to Initial Requests for Production on or before:          __4/10/2026__

4. Deadline to make plaintiffs' class certification expert available     __7/17/2026__
    for deposition

5. Deadline to make defendants' class certification expert available for     __9/18/2026__
    deposition

6. Fact discovery must be completed by:                         __10/09/2026__

    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

7. Expert reports concerning merits on which party bears the burden     __11/6/2026__
    of proof

8. Response expert reports concerning merits:                  __12/04/2026__

9. Rebuttal expert reports concerning merits                   __1/8/2027__

10. Expert discovery must be completed on or before:           __2/12/2027__

11. Class Certification:

Motion and opening brief due on or before; disclosure of any
Plaintiffs' experts (and their reports) for class certification[1]:  6/12/2026

Response due on or before; for disclosure of any Defendants'
experts (and their reports) for class certification:  8/14/2026

Reply due on or before; additional expert reports in support of class
certification and disclosure of any additional experts:  10/16/2026

12. Dispositive Motions will be filed by:  4/16/2027

Response due on or before:  6/18/2027

Reply due on or before:  7/30/2027

13. Non-Dispositive Motions will be filed by:  4/16//2027


*********************** The Court will provide these dates.  ***********************

14. Joint pretrial order is due:  October 1, 2027

*The plaintiff is responsible for filing the pretrial order on time.*

15. Final Pretrial Conference is set for 1:30 p.m. on:  November 1, 2027

16. Jury Selection is set for 9:00 a.m. on:*  November 8, 2027

The case will remain on standby until tried.

Signed this the __27th__ day of __February__, 20__26__

Andrew S. Hanen
United States District Judge

---

[1] In the event that Plaintiffs move for class certification prior to June 12, 2026, the deadlines for class certification briefing, including class certification expert reports and deposition deadlines, will adjust accordingly.