IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas

**ENTERED**

June 02, 2026

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| KIM SCHELLING,<br>    Plaintiff, | §<br>§<br>§<br>§ | |
| *v.* | §<br>§ | Civil Action: 4:23-cv-4565 |
| MICROVAST HOLDINGS, INC. et al.,<br>    Defendant. | §<br>§<br>§ | |

## AMENDED SCHEDULING ORDER

Before the Court is a joint motion to amend the Scheduling Order (Doc. 73). It is hereby **ORDERED** that the Scheduling Order (Doc. 62) is replaced by the following amended schedule. The disposition of this case will be controlled by the following schedule:

1.  Trial:  Estimated time to try:   10 days         ☐ Bench    ☒ Jury

2.  New parties must be joined by:                                    10/09/2026

     *Furnish a copy of this scheduling order to new parties.*

3.  Substantial completion of documents produced in response to
     Requests for Production served prior to May 1, 2026, on or          7/10/2026
     before:

4.  Deadline to make plaintiffs' class certification expert available       8/14/2026
     for deposition

5.  Deadline to make defendants' class certification expert available for     10/16/2026
     deposition

6.  Fact discovery must be completed by:                              10/09/2026

     *Counsel may agree to continue discovery beyond the deadline, but there will be no
     intervention by the Court. No continuance will be granted because of information acquired
     in post-deadline discovery.*

7.  Expert reports concerning merits on which party bears the burden      11/6/2026
     of proof

8.  Response expert reports concerning merits:                         12/04/2026

9.  Rebuttal expert reports concerning merits                          1/8/2027

10.  Expert discovery must be completed on or before:                   2/12/2027

11. Class Certification:

Motion and opening brief due on or before; disclosure of any Plaintiffs' experts (and their reports) for class certification:  7/10/2026

Response due on or before; for disclosure of any Defendants' experts (and their reports) for class certification:  9/11/2026

Reply due on or before; additional expert reports in support of class certification and disclosure of any additional experts:  11/13/2026

12. Dispositive Motions will be filed by:  4/16/2027

   Response due on or before:  6/18/2027

   Reply due on or before:  7/30/2027

13. Non-Dispositive Motions will be filed by:  4/16/2027


********************* The Court will provide these dates.  *********************

14. Joint pretrial order is due:  10/01/2027

   *The plaintiff is responsible for filing the pretrial order on time.*

15. Docket Call is set for 2:00 p.m. on:  11/01/2027

SIGNED at Houston, Texas, on the 2nd day of June, 2026.

_____
Nicholas J. Ganjei
United States District Judge