United States District Court
Southern District of Texas
**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Kim Schelling, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil No. 4:23-cv-4565 |
| | § | |
| Microvast Holdings, Inc., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is the Stipulation and Joint Motion to Stay Deadlines Pending Mediation. Doc. 80. The Motion is GRANTED.  The Court hereby ORDERS that:

1.  All deadlines in this matter pursuant to the Amended Scheduling Order. Doc. 75, are hereby STAYED as the parties engage in mediation;

2.  The stay of all deadlines in this matter shall not apply to the following:

    a.  The production by the parties of logs of documents withheld or redacted on the basis of privilege;

    b.  The filing of motions to compel; and

    c.  Any third-party discovery conducted by the parties.

3.  On or before October 9, 2026, the parties will submit a joint status report apprising the Court as to the status of their settlement efforts and next steps.

4.  If mediation does not result in settlement, the parties agree that:

a.  Microvast will produce (a) witness(es) to appear for a deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) in Houston, Texas on October 15, 2026;

b.  The parties will promptly submit for the Court's approval a proposed revised schedule governing all remaining deadlines in this case.

c.  The Parties will meet and confer in good faith to schedule all remaining depositions of parties, such depositions to commence within a reasonable time thereafter.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 4th of August, 2026.

_____
Nicholas J. Ganjei
United States District Judge