United States District Court
Southern District of Texas
**ENTERED**
October 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Kim Schelling, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil No. 4:23-cv-4565 |
| | § | |
| Microvast Holdings, Inc., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ON JOINT STATUS REPORT**

Before the Court is the parties' Joint Status Report, Doc. 82. In the Report, the parties state that they have reached an agreement to settle. As such, the parties must file another status report within forty-five (45) days of this Order. The report shall include the date on which Plaintiffs will file their motion for preliminary settlement approval pursuant to Federal Rule of Civil Procedure 23(e).

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 13th of October, 2026.

Nicholas J. Ganjei
United States District Judge